MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

OSBURN, Trevor                             Crim. No.:  08-CR-20601-04

On 12/20/2012 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 01/10/2013, and the Court made the following finding:

    Guilty of violating conditions of supervision.  The following special condition of supervision is added.

__X__  "The offender shall be monitored by the Radio Frequency (RF) Monitoring Technology for a period to be determined by the Court and shall abide by all technology requirements. The Court waives the cost of the program. The Court further recommends that the offender remain at his place of residence, unless for employment, seeking employment and/or other approved places."

                                              Respectfully submitted,

                                              s/Patricia L. Battle

                                              United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

    Dated this 10th Day of January, 2013.

                                              s/George Caram Steeh  
                                              George Caram Steeh  
                                              United States District Judge